UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANITA J. KOURY,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.   1:20-cv-01417-EPG<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENDING PLAINTIFF'S TIME TO FILE A CONFIDENTIAL LETTER BRIEF<br><br>(ECF No. 14) |

On August 12, 2021, Plaintiff filed an unopposed motion to extend the time for Plaintiff to file a confidential letter brief to August 16, 2021. (ECF No. 14). As grounds, Plaintiff states that office staff inadvertently overlooked the April 29, 2021 order lifting the stay in this case and thus did not timely prepare the confidential letter brief. Plaintiff represents that Defendant has consented to the extension request.

Based on the above, IT IS ORDERED that Plaintiff's unopposed motion to extend the time for Plaintiff to file a confidential letter brief (ECF No. 14) is granted. Plaintiff shall serve Defendant with a confidential letter brief no later than August 16, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 13, 2021**                     /s/ Erica P. Grosjean
                                                UNITED STATES MAGISTRATE JUDGE

1