PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN, CSBN 294804
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ANITA KOURY,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:20-cv-01417-EPG (SS)<br><br>STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 19) |

The parties stipulate through counsel that Defendant, the Acting Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening brief in this case.  In support of this request, the Commissioner respectfully states as follows:

1. Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

2. Defendant's response to Plaintiff's opening brief was due November 17, 2021.  Defendant has not previously requested an extension of time for this deadline.

3. The Region IX Office currently handles all district and circuit court litigation involving the Social Security program arising in Arizona, California, Hawai'i, Nevada, and Guam.

4. The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in the eight assigned jurisdictions, at least part-time.  The Region IX Office currently has a significant increase in merit briefs due beyond historical averages.

5. In addition to this "program" litigation, the 27 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads.  The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories.  These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

6. Due to the volume of the overall workload within the Region IX Office, the Region IX Office is receiving assistance from attorneys in other regions with briefing. This case was selected for assistance with briefing.  In the referral to another region, this case was inadvertently calendared as due under a 45 day briefing schedule instead of the 30 day briefing schedule (Dkt. No. 5).  Counsel for the Commissioner apologizes to the Court and Plaintiff for this oversight.  Because of the briefing workload, Defendant seeks an extension of 30 days, until December 17, 2021, to respond to Plaintiff's opening brief.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until December 17, 2021, to file her opposition to Plaintiff's opening brief.

Respectfully submitted,

Date: _November 23, 2021_     LOTT LAW OFFICES

By:   _/s/ Caspar Chan for Shellie Lott*_
SHELLIE LOTT
*Authorized by email on _November 23, 2021_
Attorneys for Plaintiff

Date: _November 23, 2021_     PHILIP A. TALBERT
Acting United States Attorney
Eastern District of California

By:   _/s/ Caspar Chan_
CASPAR CHAN
Special Assistant United States Attorney
Attorneys for Defendant

**ORDER**

Pursuant to the parties' stipulation (ECF No. 19), IT IS ORDERED that Defendant shall have until December 17, 2021, to file an opposition to Plaintiff's opening brief. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **November 23, 2021**          /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE